**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Cindy  Sheri Nesbeth aka Cindy Sheri Holifield aka Cindy Holifield aka Cindy S. Nesbeth aka Cindy S. Holifield aka Cindy Nesbeth**<br>**Debtor(s)** | **BK NO. 26-02117 MJC**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
04 Aug 2026, 18:15:26, EDT


                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

Document ID: 85b9b52cd41b63fa179dfad917a49ab90f4b0d8e1dd48e953bf65f7b85d49737