# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cindy  Sheri Nesbeth aka Cindy Sheri Holifield aka Cindy Holifield aka Cindy S. Nesbeth aka Cindy S. Holifield aka Cindy Nesbeth
Debtor(s)

BK NO. 26-02117 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

    Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
04 Aug 2026, 18:15:26, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 85b9b52cd41b63fa179dfad917a49ab90f4b0d8e1dd48e953bf65f7b85d49737