United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Cindy Sheri Nesbeth

    Debtor

Case No. 26-02117-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2

Date Rcvd: Aug 03, 2026          Form ID: asextnd          Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Sheri Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| 5821258 | + | DANIELLE DILEVA, ESQ., KML LAW GROUP, 701 MARKET STREET; SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5821259 | + | HARRIS & HARRIS, LTD, PO BOX 186, CHICAGO, IL 60690-0186 |
| 5821264 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821256 | | Email/Text: bankruptcy@amfirst.org | Aug 03 2026 18:53:00 | AMFIRST, PO BOX 11349, BIRMINGHAM, AL 35202 |
| 5821255 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 03 2026 18:53:00 | AMERICREDIT/GM FINANCIAL, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5821257 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2026 19:03:54 | CAPITAL ONE NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5821260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2026 19:03:49 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5821261 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 03 2026 18:53:00 | MARINER FINANCE, 8110 CORPORATE DRIVE, NOTTINGHAM, MD 21236-5034 |
| 5821262 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2026 19:03:58 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5821263 | | Email/Text: ml-ebn@missionlane.com | Aug 03 2026 18:53:00 | MISSION LANE, PO BOX 105286, ATLANTA, GA 30304-3669 |
| 5821265 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 03 2026 18:53:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5821266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2026 19:03:58 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5821267 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2026 18:53:00 | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5821268 | | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2026 19:03:54 | VERIZON, PO BOX 4457, HOUSTON, TX 77210-4457 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Cindy Sheri Nesbeth rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cindy Sheri Nesbeth,
aka Cindy Holifield, aka Cindy Sheri Holifield, aka
Cindy S. Nesbeth, aka Cindy Nesbeth, aka Cindy S.
Holifield,

**Debtor 1**

Chapter 13

Case No.   5:26−bk−02117−MJC

| **Notice** |
| --- |

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 29, 2026.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 8/25/26** |
| --- | --- |
| | **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **August 23, 2026**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 3, 2026 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**