Brooks, Gibbons & Company
PO Box 63
Perth Amboy, NJ 08862

Cindy Nesbeth
488 McKeon Street
Perth Amboy, NJ 08861

| **Employee Pay Stub** | Check number: 394 | Pay Period: 06/01/2026 - 06/15/2026 | Pay Date: 06/15/2026 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Cindy Nesbeth, 488 McKeon Street, Perth Amboy, NJ 08861 | ***-**-2636 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,750.00 | 52,250.00 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 4:00 | 0:00 | 44:00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Dental Insurance (pre-tax) | -32.50 | -357.50 |
| Health Insurance (pre-tax) | -93.31 | -1,026.41 |
| | -125.81 | -1,383.91 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| NJ - WF/SWF Employee | -2.01 | -22.11 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -294.50 | -3,239.50 |
| Medicare Employee | -68.87 | -757.57 |
| NJ - Withholding | -201.90 | -2,220.90 |
| NJ - Unemployment Employee | -20.18 | -221.98 |
| | -587.46 | -6462.06 |

| **Net Pay** | **4,036.73** | **44,404.03** |
|---|---|---|

Brooks, Gibbons & Company, PO Box 63, Perth Amboy, NJ 08862

Brooks, Gibbons & Company
PO Box 63
Perth Amboy, NJ 08862

Cindy Nesbeth
488 McKeon Street
Perth Amboy, NJ 08861

| **Employee Pay Stub** | Check number: 402 | Pay Period: 06/16/2026 - 06/30/2026 | Pay Date: 06/30/2026 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Cindy Nesbeth, 488 McKeon Street, Perth Amboy, NJ 08861 | ***-**-2636 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,750.00 | 57,000.00 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 4:00 | 40:00 | 8:00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Dental Insurance (pre-tax) | -32.50 | -390.00 |
| Health Insurance (pre-tax) | -93.31 | -1,119.72 |
| | -125.81 | -1,509.72 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| NJ - WF/SWF Employee | -2.01 | -24.12 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -294.50 | -3,534.00 |
| Medicare Employee | -68.87 | -826.44 |
| NJ - Withholding | -201.90 | -2,422.80 |
| NJ - Unemployment Employee | -20.18 | -242.16 |
| | -587.46 | -7049.52 |

| **Net Pay** | **4,036.73** | **48,440.76** |
|---|---|---|

Brooks, Gibbons & Company
PO Box 63
Perth Amboy, NJ 08862

Cindy Nesbeth
488 McKeon Street
Perth Amboy, NJ 08861

| **Employee Pay Stub** | Check number: 407 | Pay Period: 07/01/2026 - 07/15/2026 | Pay Date: 07/15/2026 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Cindy Nesbeth, 488 McKeon Street, Perth Amboy, NJ 08861 | ***-**-2636 |

| **Earnings and Hours** | Qty | Rate | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,750.00 | 61,750.00 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 4:00 | 40:00 | 12:00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Dental Insurance (pre-tax) | -32.50 | -422.50 |
| Health Insurance (pre-tax) | -93.31 | -1,213.03 |
| | -125.81 | -1,635.53 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| NJ - WF/SWF Employee | -2.01 | -26.13 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -294.50 | -3,828.50 |
| Medicare Employee | -68.87 | -895.31 |
| NJ - Withholding | -201.90 | -2,624.70 |
| NJ - Unemployment Employee | -20.18 | -262.34 |
| | -587.46 | -7636.98 |

| **Net Pay** | **4,036.73** | **52,477.49** |
|---|---|---|

Brooks, Gibbons & Company, PO Box 63, Perth Amboy, NJ 08862

Brooks, Gibbons & Company
PO Box 63
Perth Amboy, NJ 08862

Cindy Nesbeth
488 McKeon Street
Perth Amboy, NJ 08861

| **Employee Pay Stub** | Check number: 412 | Pay Period: 07/15/2026 - 07/31/2026 | Pay Date: 07/31/2026 |
|---|---|---|---|

| **Employee** | **SSN** |
|---|---|
| Cindy Nesbeth, 488 McKeon Street, Perth Amboy, NJ 08861 | ***-**-2636 |

| **Earnings and Hours** | Qty | Rate | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 80:00 | 50.00 | 4,750.00 | 66,500.00 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Vacation | 4:00 | 40:00 | 16:00 |

| **Deductions From Gross** | **Current** | **YTD Amount** |
|---|---|---|
| Dental Insurance (pre-tax) | -32.50 | -455.00 |
| Health Insurance (pre-tax) | -93.31 | -1,306.34 |
| | -125.81 | -1,761.34 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| NJ - WF/SWF Employee | -2.01 | -28.14 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -294.50 | -4,123.00 |
| Medicare Employee | -68.87 | -964.18 |
| NJ - Withholding | -201.90 | -2,826.60 |
| NJ - Unemployment Employee | -20.18 | -282.52 |
| | -587.46 | -8224.44 |

| **Net Pay** | **4,036.73** | **56,514.22** |
|---|---|---|