IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CINDY SHERI NESBETH, | : | |
| a/k/a CINDY SHERI HOLIFIELD, | : | CASE NO.: 5:26-bk-________ |
| a/k/a CINDY HOLIFIELD, | : | |
| a/k/a CINDY S. NESBETH, | : | |
| a/k/a CINDY S. HOLIFIELD, | : | |
| a/k/a CINDY NESBETH, | : | |
| Debtor | : | |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses.
Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.
Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $1,000.00 |
| 3. Balance of compensation to be paid through plan distributions | $4,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ -0- |
| | |
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | N/A |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |
| | |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $4,000.00 |

Dated: August 11, 2026

/s/ Robert J. Kidwell, Esq.
ROBERT J. KIDWELL, ESQ.
Attorney for Debtor