United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02117-MJC
Cindy Sheri Nesbeth Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Aug 26, 2026 Form ID: pdf010 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Sheri Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| 5821258 | + | DANIELLE DILEVA, ESQ., KML LAW GROUP, 701 MARKET STREET; SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5821259 | + | HARRIS & HARRIS, LTD, PO BOX 186, CHICAGO, IL 60690-0186 |
| 5821264 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821256 | | Email/Text: bankruptcy@amfirst.org | Aug 26 2026 18:50:00 | AMFIRST, PO BOX 11349, BIRMINGHAM, AL 35202 |
| 5824795 | | Email/Text: bankruptcy@amfirst.org | Aug 26 2026 18:50:00 | America's First Federal Credit Union, PO Box 11349, Birmingham, AL 35202 |
| 5821255 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 26 2026 18:50:00 | AMERICREDIT/GM FINANCIAL, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5823268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 26 2026 18:50:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5821257 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 26 2026 18:58:24 | CAPITAL ONE NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5821260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 18:58:28 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5826921 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 18:58:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5821261 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 26 2026 18:50:00 | MARINER FINANCE, 8110 CORPORATE DRIVE, NOTTINGHAM, MD 21236-5034 |
| 5826655 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2026 18:58:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5821262 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2026 18:58:27 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5821263 | | Email/Text: ml-ebn@missionlane.com | Aug 26 2026 18:50:00 | MISSION LANE, PO BOX 105286, ATLANTA, GA 30304-3669 |
| 5821265 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2026 18:50:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5821266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 18:58:32 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5827195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2026 18:58:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5821267 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2026 18:50:00 | SANTANDER CONSUMER USA, PO BOX |

| | | | | |
|---|---|---|---|---|
| | | | | 961211, FORT WORTH, TX 76161-0211 |
| 5824939 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2026 18:50:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5821268 | | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 18:58:28 | VERIZON, PO BOX 4457, HOUSTON, TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Cindy Sheri Nesbeth rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Cindy Sheri Nesbeth,** | : | **Case No. 5:26-bk-02117-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| **Cindy Sheri Nesbeth,** | : |
| | : |
| **Movant,** | : |
| **vs.** | : |
| | : |
| **PNC Bank National Association and all parties listed on the mailing matrix filed with the Clerk,** | : |
| | : |
| **Respondents.** | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION TO EXTEND STAY**

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. 8 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on August 25, 2026, and good cause having been demonstrated by the Movant, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2026