**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CINDY SHERI NESBETH, | : | |
| a/k/a CINDY SHERI HOLIFIELD, | : | CASE NO.: 5:26-bk-02117 |
| a/k/a CINDY HOLIFIELD, | : | |
| a/k/a CINDY S. NESBETH, | : | |
| a/k/a CINDY S. HOLIFIELD, | : | |
| a/k/a CINDY NESBETH, | : | |
| Debtor | : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

I, CINDY SHERI NESBETH, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on October 29, 2026.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: September 15, 2026

By: /s/ Robert J. Kidwell, Esq.
ROBERT J. KIDWELL, ESQ.
Counsel for Debtor

DATED: September 15, 2026

By: /s/ Cindy Sheri Nesbeth
CINDY SHERI NESBETH
Debtor