Certificate Number: 12433-PAM-DE-041450201

Bankruptcy Case Number: 26-02117

12433-PAM-DE-041450201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2026, at 8:30 o'clock PM PDT, Cindy Sheri Nesbeth completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 16, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher