United States Bankruptcy Court
Middle District of Pennsylvania

In re: Cindy Sheri Nesbeth, Debtor

Case No. 26-02117-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Sep 14, 2026 | Form ID: ntcnfhrg | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Sheri Nesbeth, 302 Addison Road, Stroudsburg, PA 18360-7907 |
| 5821258 | + | DANIELLE DILEVA, ESQ., KML LAW GROUP, 701 MARKET STREET; SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5821259 | + | HARRIS & HARRIS, LTD, PO BOX 186, CHICAGO, IL 60690-0186 |
| 5821264 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821256 | | Email/Text: bankruptcy@amfirst.org | Sep 14 2026 18:52:00 | AMFIRST, PO BOX 11349, BIRMINGHAM, AL 35202 |
| 5824795 | | Email/Text: bankruptcy@amfirst.org | Sep 14 2026 18:52:00 | America's First Federal Credit Union, PO Box 11349, Birmingham, AL 35202 |
| 5821255 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2026 18:52:00 | AMERICREDIT/GM FINANCIAL, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5823268 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2026 18:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5821257 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2026 18:55:09 | CAPITAL ONE NA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5830046 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5829900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5821260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 18:55:12 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5826921 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2026 18:55:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5821261 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 14 2026 18:52:00 | MARINER FINANCE, 8110 CORPORATE DRIVE, NOTTINGHAM, MD 21236-5034 |
| 5826655 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2026 18:55:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5821262 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2026 18:55:08 | MERRICK BANK, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 5821263 | | Email/Text: ml-ebn@missionlane.com | Sep 14 2026 18:51:00 | MISSION LANE, PO BOX 105286, ATLANTA, GA 30304-3669 |
| 5821265 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2026 18:52:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5832217 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2026 18:52:00 | PNC Bank, National Association, c/o PNC Bank |

| | | | | |
|---|---|---|---|---|
| | | | | N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 5821266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2026 18:55:18 | PORTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541 |
| 5827195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2026 18:55:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5828086 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2026 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5821267 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2026 18:53:00 | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5824939 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2026 18:53:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5830210 | + | Email/Text: bncmail@w-legal.com | Sep 14 2026 18:52:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5821268 | | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2026 18:55:19 | VERIZON, PO BOX 4457, HOUSTON, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION msoboleski@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Cindy Sheri Nesbeth rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Cindy Sheri Nesbeth,<br>aka Cindy Holifield, aka Cindy Sheri Holifield, aka Cindy S. Nesbeth, aka Cindy Nesbeth, aka Cindy S. Holifield, | Chapter | 13 |
| | Case No. | 5:26−bk−02117−MJC |
| **Debtor 1** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 22, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 29, 2026<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 14, 2026 |

ntcnfhrg (08/21)