UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 26-02117-13

Cindy Sheri Nesbeth Chapter 13

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cindy Sheri Nesbeth

Debtor(s)

Bankr. Case No. 26-02117-13

Chapter 13

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 14, 2026 :

Robert J Kidwell, III
712 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx48701 / 1138132